# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
ENTERED
LODGED _____ RECEIVED

OCT 0 3 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of                        )
*(Briefly describe the property to be searched*        )
*or identify the person by name and address)*          )   Case No.  **14-2057 TJS**
                                                       )
Google accounts jac21225@gmail.com,                    )
jc21225@gmail.com, redwolf21225@gmail.com stored       )
at 1600 Amphitheatre Pkwy Mountain View, CA 94043      )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Sections 2251, 2252, 2252A | The possession, receipt, production, transportation and/or distribution of child pornography |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jacqueline Dougher, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 16, 2014

*Judge's signature*

City and state: Baltimore, Maryland

Timothy J. Sullivan, US Magistrate Judge
*Printed name and title*